# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HILTON KARRIEM MINCY, <br><br> Plaintiff <br><br> v. <br><br> LUZERNE COUNTY PENNSYLVANIA, et al., <br><br> Defendants | CIVIL ACTION NO. 3:12-CV-00608 <br><br> (MARIANI, J.) <br> (MEHALCHICK, M.J.) |

## **ORDER**

**AND NOW,** this 12th day of December, 2013, upon consideration of Plaintiff's Motion to Disqualify (Doc. 222) and a Motion for Recusal (Doc. 229), **IT IS HEREBY ORDERED THAT** the Plaintiff's Motions are **DENIED**.

BY THE COURT:

*s/Karoline Mehalchick*
KAROLINE MEHALCHICK
United States Magistrate Judge