THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HILTON KARRIEM MINCY, | : |
| Plaintiff, | : |
| v. | : 3:12-CV-00608 |
| | : (JUDGE MARIANI) |
| LUZERNE COUNTY, *et al.* | : |
| Defendants. | : |

### ORDER

AND NOW, THIS 30th DAY OF MARCH, 2017, upon *de novo* review of the Report and Recommendation issued by Magistrate Judge Mehalchick, (Doc. 327), and Plaintiff's Objections thereto, (Docs 328, 332), **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Objections, (Docs 328, 332), are **OVERRULED**.

2. The Report and Recommendation, (Doc. 327), is **ADOPTED** for the reasons stated therein.

3. Plaintiff's Motion for Partial Summary Judgment, (Doc. 218), is **DENIED**.

4. Defendant's Motion for Summary Judgment, (Doc. 285), is **GRANTED**.

5. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge